1176

No. 96–7952. RUNNELS *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 96–7953. RHODEN *v.* MORGAN, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7955. BUTLER *v.* MERCHANTS BANK & TRUST CO. C. A. 5th Cir. Certiorari denied.

No. 96–7961. MCCOLM *v.* JORDAN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–7975. ALEXANDER *v.* PREWITT ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7996. MOORE *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 96–8006. FIERRO RUIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8015. GOLDEN *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 96–8018. ESPINOZA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–8022. GREGORY *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 96–8034. GOODROAD *v.* DELANO ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–8054. YOUNT *v.* FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8056. SEAMON *v.* ROKOSIK ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–8070. RAYMOND T. ET AL. *v.* LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.